

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2016

No. 04-16-00125-CR

Thomas **MENDOZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 15-01-001-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The State's motion to file their brief is granted. NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED. If the brief is not filed on or before November 28, 2016, the case will be submitted without the State's brief.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court